**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:20-CV-177 |
| | § | |
| 7.646 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS; AND STEVEN J. | § | |
| KOBERNAT, *et al.,* | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

_____

## COMPLAINT IN CONDEMNATION
_____

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§ 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney
Southern District of Texas No. 3458120
Texas Bar No. 24096362
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Roland.Ramos@usdoj.gov

# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION
Starr County, Texas

Tract: RGV-RGC-9046
Owner: Steven J. Kobernat *et al.*
Acres: 7.646

**Being** a 7.646 acre tract (333,070 sq ft) parcel of land, more or less, being out of a calculated 1634.800 acres, in Starr County, Texas conveyed to Kobernat Steven Joseph ET AL, Volume 1369, Page 214. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker SR-05-2019, having the following NAD83 (2011) Grid Coordinates N=16621139.93, E=957740.48; Thence N 63°22'26" W a distance of 12439.67 feet to a found Wildlife Monument on the East line of the Kobernat Steven Joseph ET AL, Volume 1369, Page 214 and the Northwest corner of the United States of America Fish and Wildlife tract, Volume 610, Page 270, for the **Point of Commencement,** having the following coordinates: N=16626714.96, E=946620.02.

**Thence:** S 26°09'58" W departing said property line, crossing the center of an existing 22 foot wide dirt road at 5369 feet, a distance of 5464.67 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9043-3=9046-1 on the West line of the Kobernat Steven Joseph ET AL, Volume 1369, Page 214 and on the East line of the A-3 Properties, LTD tract, Volume 1176, Page 619, for the **Point of Beginning,** having the following coordinates: N=16621810.31, E=944210.24, said point being on the Northern boundary of the parcel herein described;

**Thence:** S 82°04'07" E departing said property line, along said Northern boundary, crossing the center of an existing 22 foot wide gravel road at 30 feet, a distance of 396.45 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9046-1A for a Point on Line;

**Thence:** S 82°04'07" E along said Northern boundary, a distance of 396.45 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9046-1B for a Point on Line;

**Thence:** S 82°04'07" E along said Northern boundary, a distance of 396.45 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9046-1C for a Point on Line;

## SCHEDULE C (continued)

### LEGAL DESCRIPTION
Starr County, Texas


**Thence:** S 82°04'07" E along said Northern boundary, crossing the center of an existing 15 foot wide dirt road at 368 feet, to a barbed wire fence, a distance of 396.45 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9025-1-4=9046-2 for angle, said point being on the East line of the Kobernat Steven Joseph ET AL, Volume 1369, Page 214 and on the West line of the United States of America Fish and Wildlife Tract 541, Volume 610, Page 270;

**Thence:** S 09°18'06" W along said property line, along said barbed wire fence, departing said Northern boundary, a distance of 210.06 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9025-1-3=9046-3 for angle, said point being on the Southern boundary of the parcel herein described;

**Thence:** N 82°04'07" W departing said property line, departing said barbed wire fence, along said Southern boundary, crossing an existing 15 foot wide dirt road at 28 feet, a distance of 396.57 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9046-3A for a Point on Line;

**Thence:** N 82°04'07" W along said Southern boundary, a distance of 396.57 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9046-3B for a Point on Line;

**Thence:** N 82°04'07" W along said Southern boundary, a distance of 396.57 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9046-3C for a Point on Line;

**Thence:** N 82°04'07" W along said Southern boundary, crossing an existing 22 foot wide dirt road at 365 feet, a distance of 396.57 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9043-4=9046-4 for angle, said point being on the West line of the Kobernat Steven Joseph ET AL, Volume 1369, Page 214 and on the East line of the A-3 Properties, LTD tract, Volume 1176, Page 619;

**Thence:** N 09°25'53" E along said property line, departing said Southern boundary, crossing the center of an existing 15 foot wide dirt road at 50 feet, a distance of 210.07 feet returning to the **Place of Beginning.**

# SCHEDULE D

**SCHEDULE D**

**MAP or PLAT**

LAND TO BE CONDEMNED



Tract: RGV-RGC-9046
Owner: Steven J. Kobernat *et al.*
Acres: 7.646

## SCHEDULE D (continued)

### MAP or PLAT

### LAND TO BE CONDEMNED



**SCHEDULE D (continued)**

MAP or PLAT

LAND TO BE CONDEMNED



**SCHEDULE D (continued)**

MAP or PLAT

LAND TO BE CONDEMNED



## SCHEDULE D (continued)

### MAP or PLAT

### LAND TO BE CONDEMNED



**LEGEND:**

| Symbol | Description | | |
|---|---|---|---|
| FOUND MONUMENT (AS NOTED) | UNDERGROUND COMMUNICATIONS/TELEPHONE LINE | EDGE OF RIPRAP |
| SET 5/8" IR W/ALUMINUM CAP STAMPED (AS NOTED) | UNDERGROUND FIBER OPTIC LINE | EDGE OF VEGETATING (TYPE NOTED) |
| CONTROL POINT | CATCH BASIN | MISCELLANEOUS SYMBOL (SEE LABEL) |
| ACQUISITION BOUNDARY | STORM GRATE | S.C.C.H. (FOUND) STARR COUNTY COURTHOUSE |
| EASEMENT LINE | STORM SEWER VALVE | H.C.C.M. (FOUND) HIDALGO COUNTY CAD MAP |
| PROPERTY LINE | STORM MANHOLE | S.C.C.M. (FOUND) STARR COUNTY CAD MAP |
| EXISTING WALL | STORM SEWER | W/ WITH |
| LEVEE CENTERLINE | CULVERT | UNK. UNKNOWN |
| LEVEE TOP BANK | HEADWALL AND WINGWALL | ALUM. ALUMINUM |
| LEVEE TOE | TOP OF DITCH | CONC. CONCRETE |
| EDGE OF ROAD (TYPE NOTED) | BOTTOM OF DITCH | CULV. CULVERT |
| SAVE AND EXCEPT AREA | EDGE OF WATER | POC POINT OF COMMENCEMENT |
| | WATER PUMP | POB POINT OF BEGINNING |
| EDGE OF SIDEWALK | MONITORING WELL | PG. PAGE |
| BUILDING OUTLINE (SEE LABEL) | WATER VALVE | VOL. VOLUME |
| FENCE (TYPE NOTED) | WATER METER | FIP FOUND IRON PIPE |
| EDGE OF STRUCTURE (SEE LABEL) | HYDRANT | FIR FOUND IRON ROD |
| BRIDGE OUTLINE | WATER EXTINGUISHER/FAUCET/SPICKET | 1STFR 1 STORY FRAME HOUSE |
| OVERHEAD ELECTRICAL LINE | WATER MANHOLE | 2STFR 2 STORY FRAME HOUSE |
| UNDERGROUND ELECTRICAL LINE | WATER LINE | 1STBR 1 STORY BRICK HOUSE |
| LIGHT POLE | LIFT STATION | 2STBR 2 STORY BRICK HOUSE |
| UTILITY POLE | PUMP STATION | 1STCB 1 STORY COMMERCIAL BUILDING |
| GUY END | SEWER CLEAN OUT | 2STCB 2 STORY COMMERCIAL BUILDING |
| GUY POLE | SEWER MANHOLE | 1STSB 1 STORY STORE BUILDING |
| JUNCTION BOX | SEWER WATER PUMP | 2STSB 2 STORY STORE BUILDING |
| ELECTRICAL MANHOLE | SANITARY SEWER VAULT | SHDWF SHED WOOD FRAME |
| ELECTRICAL METER | SANITARY SEWER LINE | SHDBR SHED BRICK |
| ELECTRICAL PULL BOX | GAS TANK | CLF CHAIN LINK FENCE |
| TRANSMISSION TOWER | GAS VALVE | WF WOODEN FENCE |
| SUBSTATION | GAS METER | SBF STONE OR BRICK FENCE |
| ELECTRICAL TRANSFORMER | GAS LINE MARKER | BWF BARBED WIRE FENCE |
| COMMUNICATIONS/TELEPHONE MANHOLE | GAS VAULT | GAT GATE |
| COMMUNICATION/TELEPHONE JUNCTION BOX/PEDESTAL | GAS LINE | CEM CEMETERY OUTBOUND |
| OVERHEAD COMMUNICATIONS/TELEPHONE LINE | DOCKS / DECKS/ PIERS | HDSTN HEAD STONE |

**GENERAL SURVEYOR'S NOTES:**
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.999974017 (E.G. GRID X 0.999974017 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 30, 2019 (TICKET NO. 1971165549).
7. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 30, 2019 (TICKET NO. 592141616).

| MONUMENT TABLE | | |
|---|---|---|
| MONUMENT NAME | NORTHING | EASTING |
| RGV-RGC-9043-3=9046-1 | 16621810.31 | 944210.24 |
| RGV-RGC-9046-1A | 16621755.60 | 944602.90 |
| RGV-RGC-9046-1B | 16621700.90 | 944995.56 |
| RGV-RGC-9046-1C | 16621646.19 | 945388.22 |
| RGV-RGC-9025-1-4=9046-2 | 16621591.49 | 945780.88 |
| RGV-RGC-9025-1-3=9046-3 | 16621384.19 | 945746.93 |
| RGV-RGC-9046-3A | 16621438.91 | 945354.15 |
| RGV-RGC-9046-3B | 16621493.63 | 944961.37 |
| RGV-RGC-9046-3C | 16621548.35 | 944568.60 |
| RGV-RGC-9043-4=9046-4 | 16621603.08 | 944175.82 |

| SHEET NO. | METES & BOUNDS SURVEY | DRAWN BY: JP | MARK. | DESCRIPTION | DATE | APPR. | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8 OF 8 | KOBERNAT STEVEN JOSEPH ET AL | CHECKED BY: WBS | 1 | BOUNDARY CHANGE | 9/1/19 | |  | |  |
| | TRACT NO. RGV-RGC-9046 | SURVEY DATE: PLOT DATE: SHEET SIZE: ANSI-A | | BORDER WALL TASK ORDER: 003 CONTRACT NO. : W9126F-15-D-0012 | | | | US Army Corps of Engineers® | |
| | STARR COUNTY TEXAS | | | | | | | | |

EMC, INC. PROJECT NO. 19236

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-9046
Owner: Steven J. Kobernat *et al.*
Acres: 7.646

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the land identified in conveyance recorded on January 15, 2013 with the Starr County Recorder, volume 1369, page 214, document number 309094, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (continued)



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is SIXTY-NINE THOUSAND THREE HUNDRED AND SEVEN DOLLARS AND NO/100 ($69,307.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Steven J. Kobernat**<br>█████████<br>San Antonio, Texas ████ | **Gift Deed without Warranty**,<br>Document # 2013-309094;<br>Recorded January 15, 2013<br>Deed Records of Starr County |
| **Gregory G. Kobernat**<br>█████████<br>San Antonio, Texas █████ | **Gift Deed without Warranty**,<br>Document # 2013-309094;<br>Recorded January 15, 2013<br>Deed Records of Starr County |
| **Corydon J. Kobernat**<br>██████████<br>San Antonio, Texas ████ | **Gift Deed without Warranty**,<br>Document # 2013-309094;<br>Recorded January 15, 2013<br>Deed Records of Starr County |
| **Ann-Marie Littlefield**<br>██████████<br>San Antonio, Texas █████ | **Gift Deed without Warranty**,<br>Document # 2013-309094;<br>Recorded January 15, 2013<br>Deed Records of Starr County |
| Wesley Vanderpool or successor Lessee<br>██████<br>Sullivan City, Texas ████ | **Tenant Farmer**<br>Lease Agreement between Steven J.<br>Kobernat, *et al.*, and Wesley Vanderpool,<br>September 24, 2018 |
| **Starr County**<br>Ameida Salinas<br>Starr County, Texas,<br>Tax Assessor-Collector<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas 78582 | **Tax Authority** |

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
        Plaintiff

☐ 3   Federal Question
        *(U.S. Government Not a Party)*

☐ 2   U.S. Government
        Defendant

☐ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1   Original
        Proceeding

☐ 2   Removed from
        State Court

☐ 3   Remanded from
        Appellate Court

☐ 4   Reinstated or
        Reopened

☐ 5   Transferred from
        Another District
        *(specify)*

☐ 6   Multidistrict
        Litigation -
        Transfer

☐ 8   Multidistrict
        Litigation -
        Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____