United States District Court
Southern District of Texas
**ENTERED**
February 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:20-CV-177 |
| 7.646 ACRES OF LAND, MORE OF LESS, *et al*, | § § § § | |
| Defendants. | § | |

### ORDER GRANTING STAY OF CONDEMNATION PROCEEDINGS

Before the Court is the Defendants' Unopposed Motion to Stay Construction and Motion to Stay Condemnation Proceedings (Dkt. No. 21). The Motion is unopposed by the Government.

Accordingly, it is **ORDERED** that these proceedings and all deadlines are stayed for sixty (60) days from the date of this order.

SO ORDERED this 3rd day of February, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge