United States District Court
Southern District of Texas
**ENTERED**
June 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-177 |
| § | |
| 7.646 ACRES OF LAND, MORE OF LESS, *et* § | |
| *al*, § | |
| § | |
| Defendants. § | |

## ORDER RESETTING VIDEO STATUS CONFERENCE

Due to the recently enacted Federal holiday, it is hereby ORDERED that this matter (previously set for June 18, 2021) is hereby reset for video status conference via Zoom on June 22, 2021, at 10:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED June 17, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge